USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2212 RENALDO ALAN BROWNE, Plaintiff, Appellant, v. OFFICE OF THE SECRETARY OF THE U.S. TREASURY, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert B. Collings, U.S. Magistrate Judge] _____________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Renaldo Alan Browne on brief pro se. ___________________ ____________________ March 27, 1997 ____________________ Per Curiam. Plaintiff appeals the dismissal of his __________ complaint as "frivolous" under former 28 U.S.C. 1915(d) (now codified at 28 U.S.C. 1915(e)(2)(B)). Reviewing the dismissal de novo, and upon consideration of plaintiff's __ ____ brief, we see no basis for disagreeing with the magistrate's reasoning and conclusion. The judgment is affirmed. See ________ ___ Loc. R. 27.1. -2-